UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| TAREK ALKHATIB (A240 192 990) ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> KRISTI NOEM, Secretary, U.S. Department of ) <br> Homeland Security; SAMUEL OLSEN, Interim ) <br> Field Office Director, Chicago Field Office, ) <br> Immigration and Customs Enforcement; ) <br> MIKE LEWIS, Jailer, Hopkins County Jail, ) <br> ) <br> Respondents. ) | Case No. 4:25-cv-00139 <br><br> Chief Judge Greg N. Stivers |

### ORDER GRANTING JOINT MOTION TO FORGO HEARING AND PROPOSE A BRIEFING SCHEDULE

Upon motion of the parties to forgo the November 18, 2025 hearing and propose a briefing schedule, and the Court being sufficiently advised,

IT IS HEREBY ORDERED that the motion is GRANTED.

Greg N. Stivers, Chief Judge
United States District Court

November 13, 2025

TENDERED BY:

| | |
|---|---|
| MAYA FLORES <br> Counsel for Petitioner | KYLE G. BUMGARNER <br> United States Attorney <br> Western District of Kentucky |
| */s/ Maya Flores* <br> Maya Flores, Esq. <br> Matthew Kriezelman, Esq. <br> Kriezelman Burton & Associates, LLC <br> 200 West Adams Street, Suite 2211 <br> Chicago, Illinois 60606 <br> (312) 332-2550 | *s/ Timothy D. Thompson (with permission)* <br> Timothy D. Thompson <br> Assistant United States Attorney <br> 717 West Broadway <br> Louisville, KY 40202 <br> (502) 582-6993 <br> timothy.thompson@usdoj.gov |

mflores@krilaw.com
mkriezel@krilaw.com

2